LAW OFFICES OF
# PALMER, REIFLER & ASSOCIATES, P.A.
TELEPHONE   888/572-5637   (888) 572-5637

**INDIANA**

Post Office Box 1184
Indianapolis, Indiana 46206-1184

**RETURN SERVICE REQUESTED**

**FLORIDA**

Post Office Box 607774
Orlando, Florida 32860-7774

TELEPHONE
(407) 875-8032

January 03, 2007

GREGORY   PERRY
9243 SEASCAPE DR
INDIANAPOLIS, IN   46256-9310

Re:   KOHL'S CORPORATION / PERRY
File: INC0813976

Dear GREGORY   PERRY:

This Law Firm represents KOHL'S CORPORATION concerning its claim against you in connection with an incident in their store #106 on 06/29/2006.

Pursuant to the Indiana Code Sections 34-24-3-1, 34-24-3-2 and 34-31-4-1, KOHL'S CORPORATION may proceed with a civil penalty claim against you.

<u>**You may settle this matter by making payment to us in the amount of   $175.00 within twenty (20) days of the date of this letter.**</u>  Upon receipt of your full payment, you will receive a written release of the civil penalty claim.

**Payment should be made payable and mailed to Palmer, Reifler & Associates, P.A. P.A., Post Office Box 1184, Indianapolis, IN, 46206-1184.  Please include the file number shown above on your payment.**  If you wish to discuss alternative payment arrangements, you may call us at (888) 572-5637. **MasterCard, Visa, American Express and Discover are also accepted.**

Should payment fail to be made, we will review the file for the possibility of further civil action and may choose to request pre-litigation attorney's fees. Therefore, to avoid a higher demand request, please make payment in full according to the terms stated or call our office to set up suitable payment arrangements.

**You may no longer contact Kohl's directly.  Kohl's will no longer process any payments.**

Yours very truly,

Nicholas C. Huang*
Of Counsel for the Firm

*Only affiliate of Firm admitted in Indiana
NCH/ll

**EXHIBIT A**

**Pay On-Line at WWW.PALMERPAY.COM**

Se Habla Espanol