## LAW OFFICES OF
# PALMER, REIFLER & ASSOCIATES, P.A.
TELEPHONE    888/572-5637    (888) 572-5637

**INDIANA**

Post Office Box 1184
Indianapolis, Indiana 46206-1184

**RETURN SERVICE REQUESTED**

**FLORIDA**

Post Office Box 607774
Orlando, Florida 32860-7774

**TELEPHONE**
(407) 875-8032

January 30, 2007

GREGORY  PERRY
9243 SEASCAPE DR
INDIANAPOLIS, IN  46256-9310

Re:   KOHL'S CORPORATION / PERRY
File: **INC0813976**

Dear GREGORY  PERRY:

This Law Firm represents KOHL'S CORPORATION concerning its claim in connection with an incident in their store #106 on 06/29/2006. You have failed to make payment after written demand to do so.

Pursuant to the Indiana Code Sections 34-24-3-1, 34-24-3-2 and 34-31-4-1, KOHL'S CORPORATION may now proceed with litigation against you.

**You may stop a lawsuit from being filed and settle this matter by making payment to us in the amount of $300.00 within ten (10) days of the date of this letter**. If you desire, you may mail up to 3 payments of at least $100.00 each, as long as the first $100.00 payment is postmarked within 10 days of the date on this letter and the remaining 2 payments are mailed within 30 and 60 days. Upon receipt of your full payment, you will receive a written release of the civil penalty claim.

**Payment should be made payable and mailed to Palmer, Reifler & Associates, P.A., Post Office Box 1184, Indianapolis, IN, 46206-1184. Please include the file number shown above on your payment.** If you wish to discuss alternative payment arrangements, you may call us at (888) 572-5637. **MasterCard, Visa, American Express and Discover are also accepted.**

Should payment fail to be made, our client may then proceed to file a lawsuit against you, in which case our client may seek attorney's fees, court costs and other legal expenses throughout the litigation. In such case, you would be served by the Sheriff or other means with a summons requiring you or your attorney to appear in court to defend the action. If successful in any such litigation, we estimate that our client would be seeking a final judgment of damages, attorney's fees and court costs in excess of the amount demanded herein.

Please make payment according to the terms herein to avoid such action.

Yours very truly,

Nicholas C. Huang*
Of Counsel for the Firm

*Only affiliate of Firm admitted in Indiana
NCH/ll


EXHIBIT B

Pay On-Line at WWW.PALMERPAY.COM

Se Habla Espanol

P.01    FEB-05-2007 07:40 PM